# U.S. District Court
# Eastern District of Missouri (St. Louis)
# CIVIL DOCKET FOR CASE #: 4:25−cv−00999−MTS

| | |
|---|---|
| The People of the State of California v. 23andMe Holding Co. | Date Filed: 07/07/2025 |
| Assigned to: District Judge Matthew T. Schelp | Jury Demand: None |
| Member cases: | Nature of Suit: 422 Bankruptcy Appeal (801) |
|    4:25−cv−01001−MTS | Jurisdiction: Federal Question |
|    4:25−cv−01002−MTS | |

Case in other court:  U.S. Bankruptcy Court, Eastern District of MO, 25−40976

Cause: 28:0158 Notice of Appeal re Bankruptcy Matter (BA

**Appellant**

**The People of the State of California**   represented by   **Bernard Ardavan Eskandari**
ATTORNEY GENERAL OF
CALIFORNIA − Los Angeles
300 S. Spring Street
Suite 1702
Los Angeles, CA 90013
213−269−6348
Email: bernard.eskandari@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: State / Local Government*
*Bar Status: Gov*

**Daniel M. Nadal**
ATTORNEY GENERAL OF
CALIFORNIA − San Diego
600 W. Broadway
Suite 1800
San Diego, CA 92101
619−738−9740
Email: daniel.nadal@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Gov*

V.

**Appellee**

**23andMe Holding Co.**   represented by   **Christopher Hopkins**
*doing business as*
VG Acquisition Corp.
PAUL WEISS LLP − New York
1285 Avenue of the Americas
New York, NY 10019−6064
212−373−3000

Email: chopkins@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Jackson J. Gilkey**
CARMODY MACDONALD PC – St Louis
120 S. Central Avenue
Suite 1800
St. Louis, MO 63105
314–854–8600
Fax: 314–854–8660
Email: jjg@carmodymacdonald.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Jeffrey Recher**
PAUL WEISS LLP – New York
1285 Avenue of the Americas
New York, NY 10019–6064
212–373–3000
Email: jrecher@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Nathan R. Wallace**
CARMODY MACDONALD PC – St Louis
120 S. Central Avenue
Suite 1800
St. Louis, MO 63105
314–854–8600
Fax: 314–854–8660
Email: nrw@carmodymacdonald.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Paul M. Basta**
PAUL WEISS LLP
1285 Avenue of the Americas
New York, NY 10019
Email: pbasta@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Retained*
*Bar Status:*

**Thomas H Riske**
CARMODY MACDONALD PC – St Louis
120 S. Central Avenue
Suite 1800
St. Louis, MO 63105
314–854–8600
Fax: 314–854–8660
Email: thr@carmodymacdonald.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**William A. Clareman**
PAUL WEISS LLP – New York
1285 Avenue of the Americas
New York, NY 10019–6064
212–373–3000
Email: wclareman@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: PHVPending*

**Debtor**

**23andMe Holding Co.**   represented by   **Jeffrey Recher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**William A. Clareman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: PHVPending*

**Christopher Hopkins**
(See above for address)
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Interested Party**

**JMB Capital Partners Lending, LLC**   represented by

**Jeffrey J. Kalinowski**
NORTON ROSE FULBRIGHT US LLP –
St. Louis
7676 Forsyth Boulevard
Suite 2230
St. Louis, MO 63105
314–505–8823
Email: jeff.kalinowski@nortonrosefulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Joshua M. Watts**
NORTON ROSE FULBRIGHT US LLP –
St. Louis
7676 Forsyth Boulevard
Suite 2230
St. Louis, MO 63105
636–795–1515
Email: josh.watts@nortonrosefulbright.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**James A. Copeland**
NORTON ROSE FULBRIGHT US LLP –
New York
1301 Avenue of the Americas
New York, NY 10019
212–408–5100
Fax: 212–541–5369
Email: james.copeland@nortonrosefulbright.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Interested Party**

| | | |
|---|---|---|
| **TTAM Research Institute** | represented by | **Barbara A. Smith** |

BRYAN CAVE LLP – St. Louis
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
314–259–2367
Fax: 314–552–8367
Email: barbara.smith@bclplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**David M. Unseth**
BRYAN CAVE LLP – St. Louis
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
314–259–2000
Fax: 314–259–2020
Email: dmunseth@bryancave.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

**Joseph Oliver Larkin**
SKADDEN ARPS LLP – Wilmington
920 N. King Street
7th Floor
Wilmington, DE 19801
302–651–3000
Email: joseph.larkin@skadden.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Phv*

**Katherine Elizabeth Spewak**
BRYAN CAVE LLP – St. Louis
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102
314–259–2000
Email: Katie.spewak@bclplaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

Email All Attorneys
(will not send to terminated parties)

Email All Attorneys and Additional Recipients
(will not send to terminated parties)

| Date Filed | # | Docket Text |
|---|---|---|
| 07/07/2025 | 1 | Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25–40976. by Appellant The People of the State of California. (Attachments: # 1 ECF No. 910: Order (I) Approving (A) the Debtors Entry into the Sale Transaction Documents, (B) The Sale to the Purchaser of the Acquired Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, and (C) The Assumption and |

| | | |
|---|---|---|
| | | Assignment of Certain Executory Contracts and Unexpired, # 2 ECF No. 909: Order Addressing Objections to Proposed Sale and Related Matters, # 3 ECF No. 908: Memorandum Opinion)(JWD) (Entered: 07/07/2025) |
| 07/07/2025 | | Transmission of Bankruptcy Appeal Record. Documents listed below may be viewed at [Bankruptcy Court Pacer] (RE: related document(s) 908 Opinion, 909 Order (Generic), 910 Order on Chapter 11 First Day Motion, 932 Notice of Appeal and Statement of Election filed by Interested Party The People of the State of California) (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 2 | Electronic Notice – Application for Admission needed as to Paul M. Basta. Review of case shows that Attorney Paul M. Basta is not currently a member of our Bar. For instructions on applying for bar admission or moving for pro hac vice admission, please follow the instructions located on our website at https://www.moed.uscourts.gov under the Attorney tab. Notice only, no.pdf attached. (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 3 | Electronic Notice – Application for Admission needed as to Christopher Hopkins. Review of case shows that Attorney Christopher Hopkins is not currently a member of our Bar. For instructions on applying for bar admission or moving for pro hac vice admission, please follow the instructions located on our website at https://www.moed.uscourts.gov under the Attorney tab. Notice only, no.pdf attached. (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 4 | Electronic Notice – Application for Admission needed as to William A. Clareman. Review of case shows that Attorney William A. Clareman is not currently a member of our Bar. For instructions on applying for bar admission or moving for pro hac vice admission, please follow the instructions located on our website at https://www.moed.uscourts.gov under the Attorney tab. Notice only, no.pdf attached. (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 5 | Electronic Notice – Application for Admission needed as to Jeffrey Recher. Review of case shows that Attorney Jeffrey Recher is not currently a member of our Bar. For instructions on applying for bar admission or moving for pro hac vice admission, please follow the instructions located on our website at https://www.moed.uscourts.gov under the Attorney tab. Notice only, no.pdf attached. (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | | Case Opening Notification. Judge Assigned: Honorable Matthew T. Schelp. Pursuant to Local Rule 2.09, every nongovernmental corporate party or nongovernmental corporation that seeks to intervene in any case, and every party or intervenor in an action in which jurisdiction is based upon diversity, must file a Disclosure Statement immediately upon entering its appearance in the case. Please complete and file the certificate as soon as possible. (moed–0001.pdf). (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 6 | CASE MANAGEMENT ORDER – TRACK 4: BANKRUPTCY APPEAL This case is assigned to Track: 4. Dispositive Motions due by 7/17/2025. (JWD) (Entered: 07/07/2025) |
| 07/07/2025 | 7 | DECLARATION filed by Appellant The People of the State of California *Declaration of Daniel M.B. Nadal in support of Emergency Motion for Stay Pending Appeal.* (Attachments: # 1 Exhibit Ex A – Bkr Dkt 908 – Memorandum Opinion, # 2 Exhibit Ex B – Bkr Dkt 909 – Order Addressing Objections to Proposed Sale and Related, # 3 Exhibit Ex C – Bkr Dkt 910 – Sale Order, # 4 Exhibit Ex D – Bkr Dkt 30 – Debtors' First Day Motion to Sell, # 5 Exhibit Ex E – Bkr Dkt 125 – Bidding Procedures Order, |

| | | |
|---|---|---|
| | | # 6 Exhibit Ex F – Bkr Dkt 657 – Order Establishing Final Proposals, # 7 Exhibit Ex G – Bkr Dkt 420 – Debtors' Notice of Successful and Backup Bidders, # 8 Exhibit Ex H – Bkr Dkt 683 – The People's Objection, # 9 Exhibit Ex I – Bkr Dkt 739 – Notice of Winning Bidder, # 10 Exhibit Ex J – Bkr Dkt 746 – Debtors' Adjournment and Equity Toggle Election, # 11 Exhibit Ex K – Bkr Dkt 769 – People's Suppl. Objection, # 12 Exhibit Ex L – Bkr Dkt 771 – Debtor's Omnibus Reply, # 13 Exhibit Ex M – Excerpts from Hr'g Tr. for 06–18–2025, # 14 Exhibit Ex N – Bkr Dkt 945 – People's Motion for Stay Pending Appeal, # 15 Exhibit Ex O – Bkr Dkt 959 – Order on California's Motion for Stay Pending Appeal)(Nadal, Daniel) (Entered: 07/07/2025) |
| 07/07/2025 | 8 | Emergency MOTION to Stay *Pending Appeal* by Appellant The People of the State of California. (Nadal, Daniel) (Entered: 07/07/2025) |
| 07/07/2025 | 9 | ENTRY of Appearance by Bernard Ardavan Eskandari for Appellant The People of the State of California. (Eskandari, Bernard) (Entered: 07/07/2025) |
| 07/07/2025 | 10 | ORDER: IT IS HEREBY ORDERED that Appellant the People of the State of California's Emergency Motion for a Stay Pending Appeal, Doc. 8 , is GRANTED. IT IS FURTHER ORDERED that an in−person hearing will be held in this matter on Thursday, July 10, 2025, at 2:00 p.m., in Courtroom Sixteen South (16–S) of the Thomas F. Eagleton United States Courthouse. ( In Court Hearing set for 7/10/2025 02:00 PM in Courtroom 16S – St. Louis before District Judge Matthew T. Schelp.) Signed by District Judge Matthew T. Schelp on July 7, 2025. (BRP) (Entered: 07/07/2025) |
| 07/08/2025 | 11 | Emergency MOTION to Consolidate Cases Consolidate with higher case number 25cv1001 and 25cv1002 by Interested Party Center for Applied Values and Ethics in Advancing Technology (CAVEAT). (Sant, John) (Entered: 07/08/2025) |
| 07/08/2025 | 12 | ENTRY of Appearance by Joshua M. Watts for Interested Party JMB Capital Partners Lending, LLC. (Watts, Joshua) (Entered: 07/08/2025) |
| 07/08/2025 | 13 | ENTRY of Appearance by Nicholas J. Zluticky for Interested Party Official Committee of Unsecured Creditors. (Zluticky, Nicholas) (Entered: 07/08/2025) |
| 07/08/2025 | 14 | NOTICE Errata to Emergency Motion: by Appellant The People of the State of California (Nadal, Daniel) (Entered: 07/08/2025) |
| 07/08/2025 | 15 | MEMORANDUM in Support of Motion re 11 Emergency MOTION to Consolidate Cases Consolidate with higher case number 25cv1001 and 25cv1002 filed by Interested Party Center for Applied Values and Ethics in Advancing Technology (CAVEAT). (Sant, John) (Entered: 07/08/2025) |
| 07/08/2025 | 24 | ORDER: IT IS HEREBY ORDERED that the Emergency Motion to Consolidate, Doc. 11 , is GRANTED. See E.D. Mo. L.R. 4.03. IT IS FURTHER ORDERED that the following civil matters, Center for Applied Values and Ethics in Advanced Technologies et al v. 23andMe Holding Co., 4:25−cv−01001−SEP and Center for Applied Values and Ethics in Advanced Technologies et al v. 23andMe Holding Co., 4:25−cv−01002−SEP, are CONSOLIDATED with this matter before the undersigned. IT IS FURTHER ORDERED that all future documents in these consolidated cases shall be filed in this matter. IT IS FINALLY ORDERED that the Clerk of Court is respectfully directed to file a copy of this Order in each of the above consolidated cases. Signed by District Judge Matthew T. Schelp on July 8, 2025. (BRP) Modified on 7/10/2025 (ANR). (Entered: 07/09/2025) |

| 07/09/2025 | 16 | Corrected MEMORANDUM in Support of Motion re 11 Emergency MOTION to Consolidate Cases Consolidate with higher case number 25cv1001 and 25cv1002 filed by Interested Party Center for Applied Values and Ethics in Advancing Technology (CAVEAT). (Sant, John) Modified on 7/10/2025 (ANR). (Entered: 07/09/2025) |
| --- | --- | --- |
| 07/09/2025 | 17 | ENTRY of Appearance by Jeffrey J. Kalinowski for Interested Party JMB Capital Partners Lending, LLC. (Kalinowski, Jeffrey) (Entered: 07/09/2025) |
| 07/09/2025 | 18 | ENTRY of Appearance by Miranda Swift for Interested Party Official Committee of Unsecured Creditors. (Swift, Miranda) (Entered: 07/09/2025) |
| 07/09/2025 | 19 | MOTION for Leave to Appear Pro Hac Vice James A. Copeland. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11355400) by Interested Party JMB Capital Partners Lending, LLC. (Attachments: # 1 Certificate of Good Standing Certificate of Good Standing)(Copeland, James) (Entered: 07/09/2025) |
| 07/09/2025 | 20 | ENTRY of Appearance by David M. Unseth for Interested Party TTAM Research Institute. (Unseth, David) (Entered: 07/09/2025) |
| 07/09/2025 | 21 | ENTRY of Appearance by Katherine Elizabeth Spewak for Interested Party TTAM Research Institute. (Spewak, Katherine) (Entered: 07/09/2025) |
| 07/09/2025 | 22 | ENTRY of Appearance by Barbara A. Smith for Interested Party TTAM Research Institute. (Smith, Barbara) (Entered: 07/09/2025) |
| 07/09/2025 | 23 | ENTRY of Appearance by John Talbot Sant, Jr for Interested Party Center for Applied Values and Ethics in Advancing Technology (CAVEAT). (Sant, John) (Entered: 07/09/2025) |
| 07/09/2025 | 25 | RESPONSE to Motion re 8 Emergency MOTION to Stay *Pending Appeal* filed by Interested Party TTAM Research Institute. (Attachments: # 1 Exhibit California Motion to Stay, # 2 Exhibit July 7, 2025 Hearing Transcript, # 3 Exhibit Proof of Claim No. 6440, # 4 Exhibit June 18, 2025 Hearing Transcript, # 5 Exhibit Order Approving Sale, # 6 Exhibit June 20, 2025 Hearing Transcript, # 7 Exhibit TTAM APA)(Spewak, Katherine) (Entered: 07/09/2025) |
| 07/09/2025 | 26 | MOTION for Leave to Appear Pro Hac Vice Joseph O. Larkin. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11356412) by Interested Party TTAM Research Institute. (Attachments: # 1 Certificate of Good Standing Certificate of Good Standing)(Larkin, Joseph) (Entered: 07/09/2025) |
| 07/09/2025 | 27 | ENTRY of Appearance by J. Vincent Keady, Jr for Consolidated Filer Official Committee of Unsecured Creditors. (Keady, J.) (Entered: 07/09/2025) |
| 07/09/2025 | 28 | MOTION for Leave to Appear Pro Hac Vice Jason R. Adams. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11356664) by Consolidated Filer Official Committee of Unsecured Creditors. (Attachments: # 1 Certificate of Good Standing)(Adams, Jason) (Entered: 07/09/2025) |
| 07/09/2025 | 29 | Docket Text ORDER Re: 26 Motion for Leave to Appear Pro Hac Vice Joseph O. Larkin. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11356412) by Interested Party TTAM Research Institute; 19 Motion for Leave to Appear Pro Hac Vice James A. Copeland. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11355400) by Interested Party JMB Capital Partners Lending, LLC; 28 Motion for Leave to |

| | | |
|---|---|---|
| | | Appear Pro Hac Vice Jason R. Adams. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC–11356664) by Consolidated Filer Official Committee of Unsecured Creditors ; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 07/09/2025. (KCD) (Entered: 07/09/2025) |
| 07/09/2025 | 30 | ORDER: IT IS HEREBY ORDERED that the public will be able to listen to the audio of the hearing being held on July 10, 2025, at 2:00 p.m., CT, in Courtroom 16–South of the Thomas F. Eagleton United States Courthouse, in St. Louis, Missouri, concerning the People of the State of California's Motion for a Stay Pending Appeal, on the Court's YouTube channel. Members of the public may access the Court's YouTube channel at https://www.youtube.com/c/USCourtsMOED. Pursuant to E.D. Mo. L.R. 13.02, all means of photographing, recording, broadcasting, and televising this hearing are prohibited. Accordingly, audio of the proceeding, in full or in part, may not be recorded, broadcasted, or televised. Signed by District Judge Matthew T. Schelp on July 9, 2025. (BRP) (Entered: 07/09/2025) |
| 07/09/2025 | 31 | ENTRY of Appearance by Thomas H Riske for Appellee 23andMe Holding Co.. (Riske, Thomas) (Entered: 07/09/2025) |
| 07/09/2025 | 32 | ENTRY of Appearance by Nathan R. Wallace for Appellee 23andMe Holding Co.. (Wallace, Nathan) (Entered: 07/09/2025) |
| 07/09/2025 | 33 | Corporate Disclosure Statement by Appellee 23andMe Holding Co.. (Wallace, Nathan) Modified on 7/10/2025 – changed from motion to DOIC (ANR). (Entered: 07/09/2025) |
| 07/09/2025 | 34 | MOTION for Leave to Appear Pro Hac Vice Maeghan J. McLoughlin. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC–11356812) by Consolidated Filer Official Committee of Unsecured Creditors. (Attachments: # 1 Certificate of Good Standing)(McLoughlin, Maeghan) (Entered: 07/09/2025) |
| 07/09/2025 | 35 | RESPONSE in Opposition re 1 Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25–40976. *to the People of the State of California's Emergency Motion for a Stay Pending Appeal* filed by Appellee 23andMe Holding Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit G, # 7 Exhibit H, # 8 Exhibit I, # 9 Exhibit J, # 10 Exhibit K)(Wallace, Nathan) (Entered: 07/09/2025) |
| 07/09/2025 | 36 | SUPPLEMENTAL re 35 Response in Opposition to Motion, *//Exhibit F to Response* by Appellee 23andMe Holding Co.. (Riske, Thomas) Modified on 7/10/2025 (ANR). (Entered: 07/09/2025) |
| 07/09/2025 | 37 | NOTICE Errata to Memorandum in Support of Emergency Motion: by Consolidated Filers Lisa A. Berkley, PhD, Arthur L. Caplan, Center for Applied Values and Ethics in Advancing Technology (CAVEAT), Robert Cook–Deegan, MD, Andrea Downing, Elizabeth Dreicer, Nanette Elster, JD, MPH, Linda MacDonald Glenn, JD, Camille Nebeker, EdD, MS, Kayte Spector–Bagdady, JD, Paul Root Wolpe, Ph.D. (Sant, John) (Entered: 07/09/2025) |
| 07/10/2025 | 38 | NOTICE of Filing Deficiency re 33 MOTION for Disclosure *//Corporate Disclosure Statement* filed by Appellee 23andMe Holding Co.. In accordance with Eastern District of Missouri Local Rules and the Case Management/Electronic Case Filing (CM/ECF) Procedures Manual, a filing deficiency has been identified as follows: Please fill out and file the Court–provided Disclosure Statement (MOED–0001), |

| | | |
|---|---|---|
| | | which can be found on the Court's website under the Forms section. Additionally, please use the correct filing event, Disclosure Statement, which can be found under Civil – Other Filings – Other Documents. An amended Disclosure Statement must be filed. (ANR) (Entered: 07/10/2025) |
| 07/10/2025 | 39 | NOTICE of Filing Deficiency re 35 Response in Opposition to Motion, filed by Appellee 23andMe Holding Co.. In accordance with Eastern District of Missouri Local Rules and the Case Management/Electronic Case Filing (CM/ECF) Procedures Manual, a filing deficiency has been identified as follows: The attorney's signature on the signature block must match the name of the e−filer. *This is an informational notice and no further action is needed at this time.* All future filings must be in compliance with this rule. (ANR) (Entered: 07/10/2025) |
| 07/10/2025 | 40 | **[Document refiled in error. Duplicate copy of # 35 .]** RESPONSE in Opposition re 1 Notice of APPEAL FROM BANKRUPTCY COURT. Bankruptcy Court case number 25−40976. *to the People of the State of California's Emergency Motion for a Stay Pending Appeal* filed by Appellee 23andMe Holding Co.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K)(Riske, Thomas) Modified on 7/10/2025 (BRP). (Entered: 07/10/2025) |
| 07/10/2025 | 41 | SUPPLEMENTAL re 40 Response in Opposition to Motion, *Amended Exhibit B* by Appellee 23andMe Holding Co.. (Riske, Thomas) (Entered: 07/10/2025) |
| 07/10/2025 | 42 | AMENDED DISCLOSURE STATEMENT by 23andMe Holding Co.. No corporate parents or affiliates identified. (Riske, Thomas) (Entered: 07/10/2025) |
| 07/10/2025 | 43 | MOTION for Leave to Appear Pro Hac Vice Jeffrey Recher. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11357999) by Debtor 23andMe Holding Co., Appellee 23andMe Holding Co.. (Attachments: # 1 Certificate of Good Standing)(Recher, Jeffrey) (Entered: 07/10/2025) |
| 07/10/2025 | 44 | MOTION for Leave to Appear Pro Hac Vice Christopher Hopkins. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC−11358032) by Debtor 23andMe Holding Co., Appellee 23andMe Holding Co.. (Attachments: # 1 Certificate of Good Standing)(Hopkins, Christopher) (Entered: 07/10/2025) |
| 07/10/2025 | 45 | DISCLOSURE STATEMENT by TTAM Research Institute, TTAM Research Company, LLC, TTAM Employee Company, LLC.. (Unseth, David) (Entered: 07/10/2025) |
| 07/10/2025 | 46 | Appellee's BRIEF by 23andMe Holding Co... (Attachments: # 1 Exhibit A)(Riske, Thomas) (Entered: 07/10/2025) |
| 07/10/2025 | 47 | ENTRY of Appearance by Martin J. Buckley for Consolidated Filer Center for Applied Values and Ethics in Advancing Technology (CAVEAT). (Buckley, Martin) (Entered: 07/10/2025) |
| 07/10/2025 | 48 | ELECTRONIC MINUTE ENTRY (no pdf attached) for proceedings held before District Judge Matthew T. Schelp: In Court Hearing held on 7/10/2025. The Court hears arguments from counsel. The Court rules from the bench. Order to issue. (Court Reporter:Pamela Harrison, Pamela_Harrison@moed.uscourts.gov, 314−244−7987) (proceedings started: 2:03 PM) (proceedings ended: 3:13 PM) (Deputy Clerk: B. Porter)(Appearance for Appellants: Bernard Eskandari, Martin Buckley; John Sant Jr.)(Appearance for Appellee: Christopher Hopkins, Jeffrey Recher, Thomas Riske) |

| | | |
|---|---|---|
| | | (Appearance for Interested Parties: Katherine Spewak; David Unseth; Joseph Larkin) (BRP) (Entered: 07/10/2025) |
| 07/10/2025 | 49 | ORDER: For the reasons explained on the record in the hearing held in this matter this same date, IT IS HEREBY ORDERED that Appellants' Motions for Stay Pending Appeal in this consolidated matter are DENIED. IT IS FURTHER ORDERED that, to allow Appellants the ability to seek review in the United States Court of Appeals, the Administrative Stay previously entered in this matter preventing any transfer of identifiable California consumer biological samples and genetic data, see Doc. 10 , shall remain in effect until 11:59 p.m. CDT on Friday, July 11, 2025, at which point such administrative stay will terminate automatically. See Brady v. Nat'l Football League, 638 F.3d 1004, 1005 (8th Cir. 2011) (recognizing that the "purpose" of an administrative stay is "to give the court sufficient opportunity to consider the merits of the motion for a stay pending appeal"); United States v. Texas, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring) (recognizing administrative stays do not reflect a court's "consideration of the merits" of an appellant's motion); Fed. R. App. P. 8(a)(1)(A) (recognizing that a district court may "stay" a "judgment or order" pending appeal); cf. Fed. Bank. R. 6004(h), 6006(d). Signed by District Judge Matthew T. Schelp on July 10, 2025. (BRP) (Entered: 07/10/2025) |
| 07/10/2025 | 50 | MOTION for Leave to Appear Pro Hac Vice William Clareman. The Certificate of Good Standing was attached.(Filing fee $150 receipt number AMOEDC–11359115) by Debtor 23andMe Holding Co., Appellee 23andMe Holding Co.. (Attachments: # 1 Certificate of Good Standing)(Clareman, William) (Entered: 07/10/2025) |
| 07/10/2025 | 51 | TRANSCRIPT ORDER REQUEST for 48 (entire proceeding on 7/10/25 hearing) by 23andMe Holding Co.. (Wallace, Nathan) (Entered: 07/10/2025) |
| 07/10/2025 | 52 | TRANSCRIPT ORDER REQUEST for 48 *(entire proceeding on 07/10/2025 hearing)* by The People of the State of California. (Nadal, Daniel) (Entered: 07/10/2025) |
| 07/10/2025 | 53 | Docket Text ORDER Re: 44 MOTION for Leave to Appear Pro Hac Vice Christopher Hopkins; 43 MOTION for Leave to Appear Pro Hac Vice Jeffrey Recher; 50 MOTION for Leave to Appear Pro Hac Vice William Clareman; 34 MOTION for Leave to Appear Pro Hac Vice Maeghan J. McLoughlin; ORDERED GRANTED. Signed by District Judge Matthew T. Schelp on 7/10/2025. (BRP) (Entered: 07/10/2025) |
| 07/10/2025 | 54 | TRANSCRIPT ORDER REQUEST for 48 (entire proceeding on 7/10/25 hearing) by TTAM Research Institute. (Spewak, Katherine) (Entered: 07/10/2025) |
| 07/10/2025 | 55 | NOTICE OF APPEAL as to 49 Order,,,,, by Appellant The People of the State of California. Filing fee $ 605, receipt number AMOEDC–11359297. (Attachments: # 1 Doc 49 – Order) (Entered: 07/10/2025) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, *et al.*, )<br>)<br>Appellants, )<br>)<br>vs. )<br>)<br>23ANDME HOLDING CO., *doing business as* VG ACQUISITION CORP., )<br>)<br>Appellee. ) | Case No. 4:25-cv-0999-MTS<br><br>Consol. Appeal of 4:25-bk-40976 |

## ORDER

For the reasons explained on the record in the hearing held in this matter this same date,

**IT IS HEREBY ORDERED** that Appellants' Motions for Stay Pending Appeal in this consolidated matter are **DENIED**.

**IT IS FURTHER ORDERED** that, to allow Appellants the ability to seek review in the United States Court of Appeals, the Administrative Stay previously entered in this matter preventing any transfer of identifiable California consumer biological samples and genetic data, *see* Doc. [10], shall remain in effect until **11:59 p.m. CDT** on **Friday**, **July 11, 2025**, at which point such administrative stay will terminate automatically. *See Brady v. Nat'l Football League*, 638 F.3d 1004, 1005 (8th Cir. 2011) (recognizing that the "purpose" of an administrative stay is "to give the court sufficient opportunity to consider the merits of the motion for a stay pending appeal"); *United States v. Texas*, 144 S. Ct. 797, 798 (2024) (Barrett, J., concurring) (recognizing administrative stays do not reflect a

court's "consideration of the merits" of an appellant's motion); Fed. R. App. P. 8(a)(1)(A) (recognizing that a district court may "stay" a "judgment or order" pending appeal); *cf.* Fed. Bank. R. 6004(h), 6006(d).

Dated this 10th day of July 2025.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

United States District Court for the Eastern
District of Missouri

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>       *Appellant*<br><br>v.<br><br>23ANDME HOLDING CO., *et al.*,<br><br>       *Appellee* | Docket Number 4:25-cv-00999-MTS |

### Notice of Appeal to United States Court of Appeals for the Eighth Circuit

 The People of the State of California appeals to the United States Court of Appeals for the Eighth Circuit from the order of the District Court for the Eastern District of Missouri, entered in this case on July 10, 2025, denying the People's Emergency Motion for a Stay Pending Appeal. [Dist. Ct. Dkt. No. 49.]

 The parties to the order appealed from and the names and addresses of their respective attorneys are as follows:

1. Debtors and Debtors in Possession, represented by:

  **Carmody MacDonald P.C.**
  Thomas H. Riske #61838MO
  Nathan R. Wallace #74890MO

Jackson J. Gilkey #73716MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600
Facsimile: (314) 854-8660
Email: thr@carmodymacdonald.com
nrw@carmodymacdonald.com
jjg@carmodymacdonald.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta
Christopher Hopkins
William A. Clareman
Jeffrey J. Recher
Lyuba Shamailova
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email: pbasta@paulweiss.com
chopkins@paulweiss.com
wclareman@paulweiss.com
jrecher@paulweiss.com
lshamailova@paulweiss.com

2. Interested party, TTAM Research Institute, represented by:

**BRYAN CAVE LEIGHTON PAISNER LLP**
David M. Unseth, #48086MO
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102-2750
Telephone: (314) 259-2000
Fax: (314) 259-2020
Email: david.unseth@bclplaw.com

2

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Joseph O. Larkin (admitted pro hac vice)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001


**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Kenneth Hershey
Emma McCabe
295 Fifth Avenue
New York, NY 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
– and –
Cameron Kelly
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000
Fax: (713) 221-7100


3. Other parties filed appearances in the District Court.

Dated: July 10, 2025

Respectfully submitted,

Rob Bonta  
Attorney General  
Nicklas A. Akers  #211222(CA)  
Senior Assistant Attorney General

*/s/ Daniel M.B. Nadal*
_____

Bernard A. Eskandari #244395(CA)  
Stacey D. Schesser #245735(CA)  
Supervising Deputy Attorneys General  
Yen P. Nguyen #239095(CA)  
Daniel M.B. Nadal #299661(CA)

Attorneys for The People of the State of California

Deputy Attorneys General  
CALIFORNIA DEPARTMENT OF JUSTICE  
455 Golden Gate Ave., Ste. 11000  
San Francisco, California 94102  
Telephone:  (415) 510-3497  
Facsimile:  (916) 731-2146  
Email:        bernard.eskandari@doj.ca.gov  
                   stacey.schesser@doj.ca.gov  
                   titi.nguyen@doj.ca.gov  
                   daniel.nadal@doj.ca.gov

4

5

# Certificate of Service

    The undersigned certifies that on July 10, 2025, a true and correct copy of the foregoing document will be filed with the Clerk of the United States District Court for the Eastern District of Missouri and will be served on the parties registered to receive electronic notice via the Court's CM/ECF System.

/s/ Daniel M.B. Nadal
An Attorney for the People of the State of California

5