# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| In re:<br><br>23andMe Holding Co., *et al.*,<br><br>*Debtors*.<br><br>The People of the State of California,<br><br>*Appellant*<br><br>vs.<br><br>23andMe Holding Co., *et al.*,<br><br>*Appellees* | Appeal No. 25-2361<br><br>District Court Case No.: 4:25-cv-0099<br><br>Bkr. Case No. 25-40976-357<br><br>Chapter 11 |

## Appellant The People of the State of California's Stipulated Dismissal

The People of the State of California respectfully submits this stipulated dismissal under Federal Rule of Appellate Procedure 42(b). Appellant the People, debtors-appellees 23andMe Holding Co., and intervenor TTAM Research Institute through their own attorneys hereby agree that this appeal shall be, and is, dismissed under Rule 42(b)(1): Each party shall bear their own costs; all court fees have been paid.

Dated: August 11, 2025

Respectfully submitted,

Rob Bonta
Attorney General
Nicklas A. Akers #211222(CA)
Senior Assistant Attorney General

*/s/ Daniel M.B. Nadal*

Bernard A. Eskandari (#25-0334)
Daniel M.B. Nadal (#25-0340)

Attorneys for The People of the State of California

Deputy Attorneys General
CALIFORNIA DEPARTMENT OF JUSTICE
455 Golden Gate Ave., Ste. 11000
San Francisco, California 94102
Telephone:  (415) 510-3497
Facsimile:   (916) 731-2146
Email:         bernard.eskandari@doj.ca.gov
                   daniel.nadal@doj.ca.gov


*/s/ Jeffrey J. Recher*
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Paul M. Basta
Christopher Hopkins
William A. Clareman
Jeffrey J. Recher
Jessica I. Choi
Grace C. Hotz
Lyuba Shamailova
1285 Avenue of the Americas
New York, New York 10019

Telephone: (212) 373-3000

Kannon K. Shanmugam
2001 K Street, N.W.
Washington, DC 20006
Telephone: (202) 223-7300

- and -

**CARMODY MACDONALD P.C.**
Thomas H. Riske
Nathan R. Wallace
Jackson J. Gilkey
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
Telephone: (314) 854-8600

*Counsel to the Debtors-Appellees*

By: */s/ Barbara A. Smith*
**BRYAN CAVE LEIGHTON PAISNER LLP**
Barbara A. Smith
David M. Unseth
Katie Spewak
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2367
barbara.smith@bclplaw.com
david.unseth@bclplaw.com
katie.spewak@bclplaw.com

*Attorneys for Intervenor 23andMe Research Institute (formerly TTAM Research Institute)*

**Certificate of Service**

      I hereby certify that on August 11, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                              /s/ Daniel M.B. Nadal
                                              An Attorney for the People of the State of California